STATE OF NEW JERSEY v. FRED INGRAHAM.

May 5, 1980.

Petition for certification denied.

RAYMOND ZWEIL v. HARTFORD ACCIDENT &
INDEMNITY CO.

May 5, 1980.

Petition for certification denied.

FRANK CARDINALE v. MRS. ANDREW SANTA MECCA.

May 5, 1980.

Petition for certification denied.